JAMES HUNT MILLER (CA BAR # 135160)  *E-filed 9/18/07*
P.O. Box 10891
OAKLAND CA 94610
P:(510) 451-2132
F:(510) 451-0824
e:jim_miller0@yahoo.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARINH DUONG, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Michael J. Astrue, ) <br> COMMISSIONER OF the SOCIAL ) <br> SECURITY ADMINISTRATION, ) <br> ) <br> Defendant. ) <br> _____ ) | Civ. No. 07-02147 HRL <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR REMAND |

IT IS HEREBY STIPULATED by and between the parties (at Plaintiff's request), through their undersigned attorneys, pursuant to L.R. 6-2(a), and subject to approval of the Court, that Plaintiff may have an extension of 30 days, or from September 4, 2007 to October 4, 2007, in which to file his Motion for Summary Judgment and/or Remand.  Plaintiff's undersigned attorney here declares that: this is Plaintiff's first request for an extension for this or any filing.  There would be no effect on other already-set deadlines, but the schedule would be pushed back 30 days, and Defendant's Cross–Motion would be due 30 days after service of Plaintiff's Motion, as in the Procedural Order for Social Security Review Actions.

DATE: September 4, 2007                     /s/_____
                                            James Hunt Miller
                                            Attorney for Plaintiff

*Extn - plf's mot s/j/remand - C-07-2147 HRL*                           1

| | |
|---|---|
| 1  DATE: September 5, 2007 | Scott N. Schools<br>United States Attorney |
| 3 | By:/s/[1]_____<br>Jean M. Turk<br>Special Assistant U.S. Attorney |

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

8  DATE: 9/18/07 _____    _____
                                       United States Magistrate Judge
                                       Howard R. Lloyd

---

[1]     This signature of Defendant's counsel, Jean M. Turk, was authorized on date shown by Special Assistant U.S. Attorney Peter M. Thompson, as communicated by e-mail to the filer.