*E-filed 10/23/07*

1  SCOTT N. SCHOOLS, CSBN 9990
   United States Attorney
2  LUCILLE GONZALES MEIS
   Chief Counsel, Region IX, Social Security Administration
3  SARAH RYAN, State Bar of Texas #17479500
   Special Assistant United States Attorney
4
          333 Market Street, Suite 1500
5         San Francisco, CA 94105
          Telephone:  415-977-8978
6         Facsimile:  415-744-0134
          Email: sarah.ryan@ssa.gov
7
   Attorneys for Defendant
8

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION

| | |
|---|---|
| SARINH DUONG | ) |
|   Plaintiff, | ) CIVIL NO. C 07-02147 HRL |
|   v. | ) STIPULATION AND ORDER EXTENDING |
|   | ) DEFENDANT'S TIME TO FILE |
| MICHAEL J. ASTRUE, | ) RESPONSE TO PLAINTIFF'S |
| Commissioner of Social Security, | ) MOTION FOR SUMMARY JUDGMENT |
|   Defendant. | ) |

   IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have a first extension of thirty (30) days in which to file her response to plaintiff's motion for summary judgment.  The Commissioner's response is due on November 5, 2007.  This extension is necessary because the undersigned Special Assistant United States Attorney of record for the Commissioner, Sarah Ryan, will be out of the office on approved leave from October 22 until November 5, 2007.  She has been unable to review the record, assess Plaintiff's allegations and formulate the Commissioner's response in the two weeks since Plaintiff filed her brief, due to her heavy workload.  This workload included the drafting of a brief due at the Ninth Circuit Court of Appeals on October 19, 2007, and an oral argument before the Ninth Circuit on October 18, 2007, in a different case, as well as writing a brief in a District Court case and reviewing and answering five other District Court cases in other jurisdictions.  The undersigned attorney for Defendant makes these averrals under oath.

   Defendant's response was due on November 5, 2007, pursuant to Civil L.R.16-5.  Defendant's

1 | response, if extended, would be due on December 5, 2007.
2 |         Respectfully submitted,
3 |
4 | Dated: October 19, 2007     */s/ James Hunt Miller*
    JAMES HUNT MILLER
5 |     Attorney for Plaintiff
    (Signature authorized by email)
6 |
7 |     SCOTT N. SCHOOLS
    United States Attorney
8 |
9 | Dated: October 19, 2007     */s/ Sarah Ryan*
    SARAH RYAN
10 |     Special Assistant United States Attorney
11 |
12 | PURSUANT TO STIPULATION, IT IS SO ORDERED:
13 |
14 | Dated:   10/23/07
15 |     HOWARD L. LLOYD
    United States District Judge