1   JAMES HUNT MILLER (CA BAR # 135160)     *E-filed 1/7/08*
    P.O. Box 10891
2   OAKLAND CA 94610
    P:(510) 451-2132
3   F:(510) 451-0824
    e:jim_miller0@yahoo.com
4
    Attorney for Plaintiff
5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR
                 THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11  SARINH DUONG,                    )
                                     )
12            Plaintiff,             )    No. CV 07-2147 HRL
                                     )
13       vs.                         )    PLAINTIFF'S EX PARTE MOTION
                                     )    FOR LEAVE TO FILE LATE
14  COMMISSIONER OF                  )    REPLY
    SOCIAL SECURITY,                 )    AND PROPOSED ORDER
15                                   )
              Defendant.             )    (no hearing)
16  _____)

17  MOTION.

18       Plaintiff moves the Court to consider Plaintiff's late-filed optional Reply.

19  Pursuant to the scheduling order, the optional reply was to have been filed, or the

20  arguments deemed submitted, by December 24, 2007, based on Defendant's Cross

21  Motion filed on December 5, 2004.[1]  That optional reply date was not met due to

22  inept scheduling of undersigned counsel.

23       Counsel has prepared the Reply and e-filed it on this date.  Plaintiff respectfully

24  submits that Counsel's error in conforming with the schedule was accidental, the

25  Court should not sanction or punish Plaintiff, and the Court should consider the filing

26  _____

27       [1]        Fourteen days (per procedural order), plus three service days
                 (FRCivP Rules 6(e) and 5(b)(2)(D)), and two weekend days after e-
28               filing by Defendant.

even though it was late.

Plaintiff also submits and requests that no hearing is necessary in this motion, as is usual in Social Security litigation (per the procedural order).

RESPECTFULLY SUBMITTED on this 26th day of December, 2007.


/s/ _____
James Hunt Miller, Attorney for Mr. Duong

ORDER

PURSUANT TO PLAINTIFF'S MOTION, IT IS ORDERED that Plaintiff may have the late-filed Reply considered.

DATED: _1/7/08_____                         _____
                                                 United States Magistrate Judge
                                                 Howard R. Lloyd